UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| JEREMIAH BARWICK | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-235 |
| | ) | (*Mattice/Carter*) |
| JOHNSON CITY POLICE DEP'T and | ) | |
| TBI in NASHVILLE | ) | |

## **MEMORANDUM**

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. An order, entered on June 18, 2012, was mailed to plaintiff at the last address he supplied to the Court, but on June 25, 2012, the correspondence was returned to the Court by the U.S. Postal Service, with the face of the envelope marked, "Not Deliverable as Addressed, Unable to Forward," and "Released," (Doc. 4). To this date, the Court has received no notice as to plaintiff's current address, without which neither the Court nor the defendants can communicate with him regarding his case.

Accordingly, this action will be **DISMISSED** by separate order for want of prosecution. Fed. R. Civ. P. 41(b).

**ENTER**:

                                                  */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                           UNITED STATES DISTRICT JUDGE